SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
THOMAS D. HICKS #238545
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
P.100-196s

Attorneys for Defendant
PAUL FINANCIAL, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT JOHNSON, et al., Plaintiff, vs. DAVID KING, et al., Defendants. | No. 2:09-cv-04183-DSF-FMO<br>[Los Angeles Superior Court Case No. BC412270]<br>**DECLARATION OF MELANIE FRANK IN SUPPORT OF DEFENDANT PAUL FINANCIAL, LLC'S SUPPORT OF MOTION TO DISMISS COMPLAINT**<br>Date: August 31, 2009<br>Time: 1:30 p.m.<br>Place: U.S. District Court<br>     255 E. Temple Street<br>     Los Angeles, CA<br>     Courtroom 780<br>Honorable Dale S. Fischer |

I, Melanie Frank, declare as follows:

1

1. I am an agent for Defendant PAUL FINANCIAL, LLC, a Delaware limited liability company ("Company").

2. I have personal knowledge of the facts stated herein, am competent to testify thereto, and would so testify if called as a witness.

3. I am an authorized custodian of records of the Company. I am authorized by the Company to certify the attached records. The attached records are records of the Company, kept in the regular course of business by the Company, and the Company is a type of business in which it is customary to keep such records. These documents were kept and located in the Company's file relating to its loan to Plaintiffs ROOSEVELT JOHNSON and DENISE JOHNSON.

4. Attached hereto as Exhibit A is a true and correct copy of the Home Equity Credit Line Agreement and Disclosure Statement.

5. Attached hereto as Exhibit B is a true and correct copy of a document Entitled "Important Terms of Our Equity Advantage Combo Home Equity Line of Credit."

6. Attached hereto as Exhibit C is a true and correct copy of the Notice of Right to Cancel the Loan No. 710392 signed by both Plaintiffs in which they state that they had each received two "filled in" copies of the Notice of Right to Cancel.

7.      Attached hereto as Exhibit D is a true and correct copy of the Notice of Right to Cancel the Loan No. 710426 signed by both Plaintiffs in which they state that they had each received two "filled in" copies of the Notice of Right to Cancel.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 21, 2009

/s/ Melanie Frank

DECLARATION OF MELANIE FRANK IN SUPPORT OF DEFENDANT PAUL FINANCIAL, LLC'S MOTION TO DISMISS COMPLAINT