JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT JOHNSON, et al. | Case No. CV 09-4183 DSF (FMOx) |
| Plaintiffs, | |
| v. | JUDGMENT OF DISMISSAL |
| PAUL FINANCIAL, LLC, et al. | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal for failure to prosecute and failure to comply with Court orders, Plaintiffs not having responded or appeared at the hearing on the Order to Show Cause, and the Court having concluded the matter should be dismissed,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that the action be dismissed without prejudice.

DATED: November 16, 2010

_____
DALE S. FISCHER
United States District Judge